AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>FELIPE MARIN LOPEZ<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )  Case No.  5:26-mj-00008 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  02/18/26 to 03/05/26  in the county of  Wyoming  in the  Southern  District of  West Virginia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 42 U.S.C. § 408(a)(7)(B) | misuse of a Social Security Administration account number |

This criminal complaint is based on these facts:

On February 20, 2026, I obtained I-9 records from the owner of Ole Jose Grill & Cantina ("the BUSINESS"), located at 564 River Drive Avenue, Pineville, Wyoming County, West Virginia, within the Southern District of West Virginia, in response to a Notice of Inspection issued to the BUSINESS on February 18, 2026. Following a review of the I-9 records, I observed that defendant FELIPE MARIN LOPEZ was falsely representing that a Social Security Administration account number was assigned to him, for the purpose of obtaining anything of value from any person, specifically, for work authorization and payroll purposes, when in fact a Social Security Administration account number was not assigned to him by the Social Security Administration. On March 5, 2026, I participated in the execution of a federal search warrant at the BUSINESS. During the search, officers encountered defendant FELIPE MARIN LOPEZ who was working at the BUSINESS, and he was subsequently arrested. I allege that defendant FELIPE MARIN LOPEZ, with intent to deceive, has violated Title 42, United States Code, Section 408(a)(7)(B).

☐ Continued on the attached sheet.

*JOSHUA D KNOTTS*  Digitally signed by JOSHUA D KNOTTS
Date: 2026.03.05 13:17:45 -05'00'

*Complainant's signature*

Joshua Knotts, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  03/05/2026

City and state:  Beckley, West Virginia

Omar J. Aboulhosn
United States Magistrate Judge